**Joseph E. DAVIS, Plaintiff—Appellant,**

v.

**Kenneth OSBORE, Warden, Marion Correctional Treatment Center; Central Classification Board, Inmates— Records; Court and Legal, Inmate Files, Defendants—Appellees.**

No. 06–6645.

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2006.

Decided: July 5, 2006.

Joseph E. Davis, Appellant Pro Se.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph E. Davis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Davis v. Osbore,* No. 1:06–cv–00192–CMH (E.D.Va. March 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*